In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-08-215 CV


____________________



IN THE INTEREST OF S.L.P.






On Appeal from the 411th District Court


San Jacinto County, Texas


Trial Cause No. 184






MEMORANDUM OPINION


 On June 2, 2008, we notified the parties that the appeal would be dismissed for want
of prosecution unless arrangements were made for filing the record or the appellant explained
why additional time was needed to file the record. Appellant did not respond. The appellant
did not file an affidavit of indigence and is not entitled to proceed without payment of costs. 
Tex. R. App. P. 20.1. There being no satisfactory explanation for the failure to file the
record, the appeal is dismissed for want of prosecution. Tex. R. App. P. 37.3(b); Tex. R.
App. P. 42.3. Costs are assessed against the appellant.

 APPEAL DISMISSED.

 _____________________________

 STEVE McKEITHEN

 Chief Justice

Opinion Delivered July 17, 2008

Before McKeithen, C.J., Kreger and Horton, JJ.